IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01890-EWN-BNB

JAMES H. LAYMAN,

Plaintiff,

v.

CARLOS GUTIERREZ, Secretary, United States Department of Commerce,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised scheduling order, consistent with our discussion this morning, on or before **January 20, 2006**.

IT IS FURTHER ORDERED that a settlement conference is set for **February 3, 2006, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor with full authority to enter into a settlement also must be present at the conference in person.) Each party shall submit a confidential settlement statement to my chambers only on or before **January 27, 2006**, outlining the facts and issues in the case and containing a specific offer of

compromise, including a dollar amount the party will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that a preliminary pretrial conference is set for **March 27, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed preliminary pretrial order and submit it to the court on or before **March 20, 2006**.

Dated January 13, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge