IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Case No. 05-cv-01890-EWN-BNB

JAMES H. LAYMAN,

    Plaintiff,

v.

CARLOS GUTIERREZ, Secretary, United States Department of Commerce,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

    DATED this 23rd day of February, 2007.

                                         BY THE COURT:

                                         Edward W. Nottingham, Judge

_____           _____
Counsel for Plaintiff                    Counsel for Defendant