IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01890–EWN–BNB

JAMES H. LAYMAN,

    Plaintiff,

v.

CARLOS GUTIERREZ, Secretary,
United States Department of Commerce,

    Defendant.

---

# ORDER

---

Pursuant to this court's November 15, 2007, Order and Memorandum of Decision, Plaintiff is entitled to back pay from January 27, 2002, to October 30, 2004, in an amount to be determined by the National Finance Center. (Order and Mem. of Decision at 8 [filed Nov.15, 2007].)

On December 21, 2007, Defendant filed a statement of the National Finance Center's calculations for Plaintiff's back pay, which consisted of a gross back pay amount of $16,929.20, plus interest of $5,379.99, less federal taxes of $4,757.95, less state taxes of $771.00, less retirement deductions of $1,185.04, less Hospital Insurance Taxes of $245.47, leaving a net amount after all required adjustments of $15,349.73. According to Defendant, Plaintiff did not

dispute the National Finance Center's calculations.  (Resp. to Order [Doc. No. 113] [filed Dec. 21, 2007].)  Plaintiff has not filed a document with this court claiming the contrary.

Based on the foregoing it is therefore ORDERED as follows:

1. Plaintiff is awarded back pay in the amount of $15,349.73.

2. The clerk shall forthwith prepare a final judgment reflecting the court's and jury's disposition of all claims in this case.

Dated this 15th day of January, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge