IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01890–EWN–BNB

JAMES H. LAYMAN,

    Plaintiff,

v.

CARLOS GUTIERREZ, Secretary,
United States Department of Commerce,

    Defendant.

---

**ORDER ON JOINT MOTION TO AMEND JUDGMENT**

---

This matter is before the court on the parties' joint motion (#117) to amend the judgment heretofore entered in this matter. Upon consideration of the motion, it is

**ORDERED** as follows:

1.     The judgment entered January 16, 2008 (#16) is hereby VACATED.

2.     The joint motion to amend is hereby GRANTED.

3.     The clerk will forthwith enter an amended judgment which will be identical to the original judgment in all respects *except* (1) the language **"dismissing the claim with prejudice"** in paragraph 2.B. shall be eliminated from the amended judgment and (2) the judgment will provide that plaintiff may have his costs upon filing

a bill of costs within eleven days of the entry of the amended judgment.

Dated this 29th day of January, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge