IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01890-EWN-BNB

JAMES H. LAYMAN,

    Plaintiff

v.

CARLOS GUTIERREZ, Secretary
United States Department of Commerce,

    Defendant.

ORDER ON JOINT MOTION AND STIPULATION AS TO ATTORNEY FEES

This matter is before the Court on the parties' Joint Motion and Stipulation as to Attorney Fees. Upon consideration of the Motion, it is

ORDERED as follows:

1. The joint motion as to attorney fees is hereby GRANTED.

2. Plaintiff is awarded his attorney fees.

3. Defendant shall pay Plaintiff's counsel, Williams & Rhodes LLP, $140,000.00 (One Hundred Forty Thousand Dollars) in full satisfaction of the attorney fees award.

Dated this 15th day of February, 2008.

                          BY THE COURT:

                          s/ Edward W. Nottingham
                          EDWARD W. NOTTINGHAM
                          Chief United States District Judge